# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1082**

**CA 14-00428**

PRESENT: SMITH, J.P., PERADOTTO, CARNI, VALENTINO, AND WHALEN, JJ.

---

SHARELLE REYNOLDS, PLAINTIFF-APPELLANT,

V                                                                          ORDER

RICHARD KELLY, BETTE KELLY AND MARK KELLY,
DEFENDANTS-RESPONDENTS.

---

ATHARI & ASSOCIATES, LLC, NEW HARTFORD (MO ATHARI OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

BOEGGEMAN, GEORGE & CORDE, P.C., ALBANY (PAUL A. HURLEY OF COUNSEL),
FOR DEFENDANTS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Oneida County (David A. Murad, J.), entered December 9, 2013. The order denied plaintiff's motion for, inter alia, a protective order striking a certain report.

It is hereby ORDERED that said appeal is unanimously dismissed with costs (*see Pagan v Rafter*, 107 AD3d 1505, 1507).

Entered: November 14, 2014                    Frances E. Cafarell
                                              Clerk of the Court